# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA   v.   PHYLLIS TALAS

THE HONORABLE JOHN D. ROBERTS

DEPUTY CLERK                                    CASE NO.  3:06-CR-00011-02-RRB

DAN MAUS

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: January 19, 2006

**ARRAIGNMENT** in the above-captioned case is hereby set for **Thursday, February 23, 2006 at 10:00 a.m.** before John D. Roberts, U.S. Magistrate Judge, in Magistrate Judge Courtroom **#6**, Federal Building - U.S. Courthouse, 222 West Seventh Avenue, Anchorage, Alaska.

[]{ARRAIGNR.WPD*Rev.3/97}