```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs.  PHYLLIS TALAS           CASE NO. 3:06-cr-00011-02-RRB
Defendant: X Present X On Summons

BEFORE THE HONORABLE:           JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          ROBIN CARTER

UNITED STATES' ATTORNEY:        KAREN LOEFFLER

U.S.P.O.:                       CHRIS LIEDIKE

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD 2/23/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:58 a.m. court convened.

X Copy of Indictment given to defendant; read.

X Defendant sworn.

X Defendant advised of general rights.

X Defendant advised of charges and penalties.

X Defendant stated true name: same as above      Age: 50

X Financial Affidavit **FILED.**
  X Federal Public Defender to designate counsel; FPD notified.

X PLEAS: Not guilty to counts 1-2 of the Indictment.

X Bond set at $5000 unsecured ; Appearance Bond **FILED.**

X Order Setting Conditions of Release **FILED**.

X Pretrial motions due 3/15/06        ; Order for the
  Progression of a Criminal Case **FILED**.

X Counsel advised no trial date has been set.

At 10:14 a.m. court adjourned.


DATE: February 23, 2006      DEPUTY CLERK'S INITIALS:    Rc