IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,                Plaintiff, vs. FRANK R. TALAS, JR., and **PHYLLIS TALAS**,                Defendants | Case No.: A06-11 (2) Cr. (RRB) |

## ENTRY OF APPEARANCE

COMES NOW David R. Weber, of the firm of Vasquez & Weber, P.C., and makes this, his Entry of Appearance as counsel on behalf of Phyllis Talas. The parties and the Court are respectfully requested to serve electronic copies of all pleadings and notices upon counsel at the e-mail address of record.

Respectfully submitted this 28th day of February 2006.

> Vasquez & Weber, P.C.
> Attorneys for Phyllis Talas
> S/: David R. Weber,
> 943 West 6th Ste. 132
> Anchorage, Alaska 99502
> (907) 279-9122/9123 fax
> vw.law@acsalaska.net
> Ak. Bar Assn. No. 8409083

CERTIFICATE OF SERVICE

I certify that on February 28, 2006 electronic service of a copy of this Entry of Appearance was provided to the Court for all counsel of record pursuant to Criminal Rule 49(b), Civil Rule 5(b)(2)(D) and Local Rules 5, 5.1(a) and 5.2(c)(2).

> S/: David R. Weber

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122    FACSIMILE (907) 279-9123
VW.LAW@ACSALASKA.NET