IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| FRANK R. TALAS, JR., and **PHYLLIS** | ) |
| **TALAS**, | ) |
| | ) |
| Defendants | ) Case No.: A06-11 (2) Cr. (RRB) |

## MOTION TO CONTINUE TRIAL AND MEMORANDUM IN SUPPORT THEREOF

COMES NOW Phyllis Talas, by and through counsel, David R. Weber, of the firm of Vasquez & Weber, P.C., and enters this, her Motion To Continue Trial And Memorandum In Support Thereof. As set forth below, there are professional and personal reasons for this matter to be continued. This motion is not opposed by Assistant U.S. Attorney Karen L. Loeffler and is joined by counsel for Frank R. Talas, Jr., Assistant Federal Defender Michael Dieni. Granting this motion will result in a period of excludable delay pursuant to 18 USC 3161(h).

The Court should treat this as a complex case. To date, discovery in this case consists of 1242 pages of material. Counsel has converted it to word searchable pdf format, but has not yet begun the process of analyzing and organizing it. The allegations appear to concern numerous financial transactions and several legal proceedings spanning approximately five years. It is highly likely that the Defense will need to retain and consult with a financial expert in order to track and trace monies in issue. Simply put, all this cannot be accomplished in time for a trial beginning April 10, 2006.

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122    FACSIMILE (907) 279-9123
VW.LAW@ACSALASK.NET

1    Undersigned counsel was appointed on February 24, 2006.  Discovery was

2    made available on March 3, 2006.  Due to privacy concerns, Ms. Talas' contact

3    information is redacted from all Pacer documents.  Counsel had no ready way to

4    contact Ms. Talas.  When contact was made, an initial consultation could not be

5    arranged due to Ms. Talas' work schedule until March 10, 2006.

6    Prior to counsel's appointment herein, a vacation to visit family was

7    calendared from April 13 to 23, 2006.  Tickets were obtained on or before January

8    6, 2006.

9    For the forgoing reasons the Court is respectfully requested to continue trial

10    of this matter.  A proposed order calling the parties before the Court for that

11    purpose has been provided.

12    Respectfully submitted this 17th day of March 2006.

13                              Vasquez & Weber, P.C.
                                Attorneys for Phyllis Talas

14                              S/: David R. Weber,
                                943 West 6th Ste. 132

15                              Anchorage, Alaska 99502

16                              (907) 279-9122/9123 fax
                                vw.law@acsalaska.net

17                              Ak. Bar Assn. No. 8409083

18

19                         CERTIFICATE OF SERVICE

20    I certify that on March 17, 2006 electronic service of a copy of this Motion To Continue
     Trial And Memorandum In Support Thereof and a Proposed Order were provided to

21    the Court for all counsel of record pursuant to Criminal Rule 49(b), Civil Rule 5(b)(2)(D)
     and Local Rules 5, 5.1(a) and 5.2(c)(2).

22

23                              S/: David R. Weber

24

25

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122       FACSIMILE (907) 279-9123
VW.LAW@ACSALASKA.NET