IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> FRANK R. TALAS, JR., and **PHYLLIS** ) <br> **TALAS**, ) <br> ) <br> Defendants ) | Case No.: A06-11 (2) Cr. (RRB) |

## ***PROPOSED***

## ORDER EXTENDING MOTIONS DEADLINE

FOR GOOD CAUSE SHOWN, the parties shall appear before this Court on the ___ day of _____ 2006 to set a new Trial Date in this matter.

SO ORDERED this ___ day of _____ 2006.

S/: _____
Honorable Ralph R. Beistline
United States District Court Judge

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122    FACSIMILE (907) 279-9123
VW.LAW@ACSALASK.NET