IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>FRANK R. TALAS, JR., and **PHYLLIS TALAS**,<br><br>                Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: A06-11 (2) Cr. (RRB) |

## MOTION TO EXTEND MOTIONS DEADLINE AND MEMORANDUM IN SUPPORT THEREOF

COMES NOW Phyllis Talas, by and through counsel, David R. Weber, of the firm of Vasquez & Weber, P.C., and enters this, her Motion To Extend Motions Deadline And Memorandum In Support Thereof. Granting this motion will result in a period of excludable delay pursuant to 18 USC 3161(h).

To date, discovery in this case consists of 1242 pages of material. Counsel has converted it to word searchable pdf format, but has not yet begun the process of analyzing and organizing it. The allegations appear to concern numerous financial transactions and several legal proceedings spanning approximately five years. It is highly likely that the Defense will need to retain and consult with a financial expert in order to track and trace monies in issue. Counsel could not perform and adequate review of the materials for the purpose of identifying issues and drafting the appropriate motions within the allotted time.

Undersigned counsel was appointed on February 24, 2006. Discovery was made available on March 3, 2006. Ms. Talas first consulted with her counsel on March 10, 2006.

1   For the forgoing reasons the Court is respectfully requested to extend the
2   motions deadline in this matter. A proposed order calling the parties before the
3   Court to set an appropriate date has been provided.

4   Respectfully submitted this 17th day of March 2006.

Vasquez & Weber, P.C.
Attorneys for Phyllis Talas
S/: David R. Weber,
943 West 6th Ste. 132
Anchorage, Alaska 99502
(907) 279-9122/9123 fax
vw.law@acsalaska.net
Ak. Bar Assn. No. 8409083

CERTIFICATE OF SERVICE

I certify that on March 17, 2006 electronic service of a copy of this Motion To Extend Motions Deadline And Memorandum In Support Thereof and a Proposed Order were provided to the Court for all counsel of record pursuant to Criminal Rule 49(b), Civil Rule 5(b)(2)(D) and Local Rules 5, 5.1(a) and 5.2(c)(2).

S/: David R. Weber

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122   FACSIMILE (907) 279-9123
VW.LAW@ACSALASKA.NET