IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FRANK R. TALAS, JR., and **PHYLLIS**<br>**TALAS**, )<br>)<br>Defendants ) | Case No.: A06-11 (2) Cr. (RRB) |

### ***PROPOSED***

### ORDER EXTENDING MOTIONS DEADLINE

FOR GOOD CAUSE SHOWN, the parties shall appear before this Court on the ___ day of _____ 2006 to set a new Motions Deadline in this matter.

SO ORDERED this ___ day of _____ 2006.

S/: _____
Honorable Ralph R. Beistline
United States District Court Judge

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122   FACSIMILE (907) 279-9123
VW.LAW@ACSALASK.NET