## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>  USA  </u>  v.  <u>  FRANK TALAS JR. and PHYLLIS TALAS  </u>

DATE:  <u>  March 20, 2006  </u>     CASE NO.  <u>  3:06-CR-0011-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **SCHEDULING HEARING**

---

A hearing on Defendants' Motion to Continue Trial (Docket 22) will be held on **Thursday, March 23, 2006, at 10:30 a.m.**, in Courtroom 2.

Counsel and parties needing to attend telephonically are to contact Carolyn Bollman, Deputy Clerk, at 907-451-5791, to make appropriate arrangements.

M.O. SCHEDULING HEARING