IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FRANK R. TALAS, JR., and **PHYLLIS TALAS**,<br><br>　　　　　　Defendants | Case No.: A06-11 (2) Cr. (RRB) |

### NOTICE OF INTENT TO ENTER CHANGE OF PLEA

COMES NOW Phyllis Talas, by and through counsel, David R. Weber, of the firm of Vasquez & Weber, P.C., and enters this, her Notice of Intent To Enter Change Of Plea. The parties have reached an agreement calling for the Government to file an Information charging Ms. Talas with Misprision of Felony, in violation of 18 U.S.C. § 4. Mr. Talas consents to that filing and has agreed to enter a "Guilty" plea to that charge. In return, the Government will dismiss Counts I and II of the current Indictment against Ms. Talas.

Respectfully submitted this 7th day of July 2006.

> Vasquez & Weber, P.C.
> Attorneys for Phyllis Talas
> S/: David R. Weber,
> 943 West 6th Ste. 132
> Anchorage, Alaska 99502
> (907) 279-9122/9123 fax
> vw.law@acsalaska.net
> Ak. Bar Assn. No. 8409083

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122   FACSIMILE (907) 279-9123
VW.LAW@ACSALASK.NET

CERTIFICATE OF SERVICE

I certify that on July 7, 2006 electronic service of a copy of this Notice of Intent To Enter Change Of Plea was provided to the Court for all counsel of record pursuant to Criminal Rule 49(b), Civil Rule 5(b)(2)(D) and Local Rules 5, 5.1(a) and 5.2(c)(2).

S/: David R. Weber

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122   FACSIMILE (907) 279-9123
VW.LAW@ACSALASKA.NET