DEBORAH SMITH
ACTING UNITED STATES ATTORNEY

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-CR-011-RRB |
| | ) | |
| Plaintiff, | ) | COUNT 1: MISPRISION OF |
| | ) | FELONY |
| vs. | ) |   Vio. of 18 U.S.C. § 4 |
| | ) | |
| PHYLLIS TALAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I N F O R M A T I O N

The United States Attorney charges that:

COUNT 1

Beginning on or about October 7, 2001, and continuing thereafter until on

or about March 3, 2003, the defendant, PHYLLIS Y. TALAS, in the District of Alaska,

having knowledge of the actual commission of a felony cognizable by a court of the

United States, to wit: Misappropriation by Fiduciary in violation of Title 38, United

States Code, Section 6101, did conceal the same by failing to submit timely reports accounting the expense of moneys to the State of Alaska and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States.

All of which is in violation of Title 18, United States Code, Section 4.

RESPECTFULLY SUBMITTED on July 13, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Karen Loeffler
Assistant U.S. Attorney
222 West 7th Ave. #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loffler@usdoj.gov