UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>  USA  </u>   v.   <u> PHYLLIS TALAS </u>

DATE:   <u>  July 13, 2006  </u>   CASE NO.   <u> 3:06-CR-0011-RRB </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**SCHEDULING ARRAIGNMENT**

---

The arraignment on the Information filed at Docket 31 will be held in conjunction with the change of plea scheduled for **Monday, July 17, 2006, at 10:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.