AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ ALASKA _____

UNITED STATES OF AMERICA
V.
PHYLLIS TALAS

**WAIVER OF INDICTMENT**

CASE NUMBER: 3:06-cr-00011-02-RRB

I, _PHYLLIS TALAS_, the above named defendant, who is accused of

_MISPRISION OF FELONY_
_18 U.S.C. § 4_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___July 17, 2006___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Phyllis Y. Talas_
Defendant

_[signature]_
Counsel for Defendant

Before **REDACTED SIGNATURE**
RALPH R. BEISTLINE, U.S. DISTRICT JUDGE