MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. PHYLLIS TALAS          CASE NO. 3:06-cr-00011-02-RRB
Defendant:  X Present  X On Bond

BEFORE THE HONORABLE:              RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:                APRIL KARPER

UNITED STATES ATTORNEY:               KAREN LOEFFLER

DEFENDANT'S ATTORNEY:                  DAVID WEBER

U.S.P.O.:                              SCOTT KELLEY

PROCEEDINGS: ARRAIGNMENT ON INFORMATION / PROPOSED CHANGE OF PLEA
             HELD JULY 17, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:02 a.m. court convened.

 X Copy of Information given to defendant: waived reading.

 X Defendant sworn.

 X Defendant advised of general rights.

 X Defendant advised of charges and penalties.

 X Defendant states true name: Same as above.

 X Waiver of Indictment **FILED.**

 X PLEAS: Guilty to count 1 of the Information. Counts 1 and 2 of
   the Indictment to be dismissed at sentencing.

 X Court accepted plea.  X Referred to P.O. for presentence
                           report.

 X Imposition of Sentence set for **September 27, 2006 at
   10:00 a.m.**

 X Defendant's conditions of release remain as previously set.

At 10:18 a.m. court adjourned.


DATE:     July 17, 2006       DEPUTY CLERK'S INITIALS:    amk