NELSON P. COHEN
United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | |
| ) | Case No. 3:06-cr-0011-RRB |
| Plaintiff,          ) | |
| ) | **ORDER RE: GOVERNMENT'S** |
| vs.          ) | **MOTION TO ACCEPT LATE** |
| ) | **FILED SENTENCING** |
| FRANK and PHYLLIS TALAS,          ) | **MEMORANDA** |
| ) | |
| Defendants.          ) | |

The United States of America's motion to accept late filed sentencing memoranda.  GRANTED/DENIED.

_____                                    _____
Date                                                                United States District Court Judge