IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>)<br>FRANK R. TALAS, JR., and **PHYLLIS** )<br>**TALAS**, )<br>)<br>Defendants ) | Case No.: A06-11 (2) Cr. (RRB) |

## **SENTENCING BRIEF**

COMES NOW Phyllis Talas, by and through counsel, David R. Weber, of the firm of Vasquez & Weber, P.C., and submits this, her Sentencing Brief. Ms Talas' argument has been incorporated into the Presentence Report. This document serves to bring Ms. Talas' character references before the Court. They are attached as Exhibit A.

Respectfully submitted this 25th day of September 2006.

> Vasquez & Weber, P.C.
> Attorneys for Phyllis Talas
> S/: David R. Weber,
> 943 West 6th Ste. 132
> Anchorage, Alaska 99502
> (907) 279-9122/9123 fax
> vw.law@acsalaska.net
> Ak. Bar Assn. No. 8409083

CERTIFICATE OF SERVICE

I certify that on September 25, 2006 electronic service of a copy of this Sentencing Brief was provided to the Court for all counsel of record pursuant to Criminal Rule 49(b), Civil Rule 5(b)(2)(D) and Local Rules 5, 5.1(a) and 5.2(c)(2).

S/: David R. Weber

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122    FACSIMILE (907) 279-9123
VW.LAW@ACSALASKA.NET