September 10, 2006

Dear Judge Beistline:

I have known the Talas' for several years, as a matter of fact for approximately 15 years. Both Don and Beulah Mitchell came to Frank and Phyllis when there was any type of social event such as birthdays, Thanksgiving etc.. Since Beulah had a medical condition, Frank and Phyllis would go out of their way to see that both Don (also known as Mitch) and Beulah didn't have to lift a finger. In some ways I also think Frank and Phyllis did it out of respect for their ages.

I remember when Beulah was taken to the hospital before she died, Phyllis was very upset because Mitch would not let her see her mother. Phyllis kept telling me about how angry Mitch was. When I asked her if Mitch was mad at her, she would say no, he was just mad all the time. You see Beulah's oxygen tank needed to be changed and Mitch believed he changed it. Phyllis felt Mitch was upset because he knew he was losing his wife. In retrospect I feel that Mitch had already shown signs of the Alzheimer's and Beulah didn't want anyone to know. They both needed each other.

After Beulah died and some months passed on, Mitch had decided he was going to Florida. He had an invitation to go with someone that I was told was a nurse. I don't believe I ever met her. Mitch said he wanted to live somewhere else. I assumed it was to leave hurtful memories behind. However, this announcement came out of the blue. There was no preparation or planning that I was aware of. No talk of selling his home. No talk of where he was going to be staying, that I can recall. Both he and the nurse was going to take an RV and go. Phyllis loved her dad and was still had not gotten over the loss of her mother. I remember she questioned Mitch about leaving and wasn't happy about him going. But she respected his decision.

I don't remember how long Mitch was gone. The next thing I remember hearing is that Frank and Phyllis received a phone call from a military base in Florida! Mitch was found sleeping in one of their vehicles. Both Frank and Phyllis was unable to get away for whatever reason. So instead, their son, Scott went to get Mitch.

After returning home he moved in with Frank and Phyllis. I don't remember how it was determined that Mitch had Alzheimer's. My memory gets a little shaky around then. I do remember not visiting Frank and Phyllis as much. They had a house full of people. I did visit a couple of times and Mitch got confused when seeing me. You see his other daughter's name is Donna as well. But he always wanted all the attention. If he didn't, the attention he would pout or get angry like a child.

Phyllis told me that they had to go through the legal system to obtain a POA so she could take care of Mitch's affairs. She was getting bills that her dad had no knowledge on. When she asked him about when he last paid any bills he couldn't remember. She was afraid that Mitch would lose everything that he and Beulah worked so had to obtain. Phyllis asked Mitch where his retirement from the military was going or for that matter any account that had a balance so she could start making payments and pay the backlogged bills. Mitch was no help. I know she set up an account at one of the banks so she would use that account to pay Mitch's bills with. However, they still need to find where the money was going. Once they found out, they would have that company sent in a cashier's check or wire the funds to it and pay the bills. My understanding those bills were paid.

I remember Frank and Phyllis telling me about how they found Mitch up in the middle of the night roaming around. How they were concerned about his safety. I also remember their being relieved when they found the Chugiak Senior Center had programs that would help both Mitch and them with understanding Mitch's sickness and how to work with it. This program worked for a while but Mitch complained about his treatment. During that time there was an article in the paper as well as media coverage about other seniors being mistreated at the same location. (I see they are currently under investigation again.) Phyllis felt it was better for her father to go into a private care facility where he would receive better attention. Both Frank and Phyllis needed to work. Therefore, they could no longer provide Mitch with the constant care he needed. It broke her heart to leave him with strangers. She would pick him up on weekends, holidays, or family gatherings. This would go on until the facility told her that it was upsetting him. It appeared that his new life at the facility was all he was remembering. Phyllis had visited him a few times there, but it hurts deeply when your own father doesn't remember who you are.

First let me apologize for not knowing exact dates. I am relating the facts as how I remember it. I have no documentation that I can relate the dates to. If I had provided you with dates, I would question if my statement was an honest one. However, I know both Frank and Phyllis love Mitch and Beulah very much. They would not do anything to intentionally hurt either one of them. They always looked after them. Always wanted to include them in any gathering, or events. I know Frank was treated as a son that Mitch and Beulah never had, and Mitch and Beulah was very proud of Frank and Phyllis.

Thank you for listening to my comments

Donna L. Peters
PO Box 672096
Chugiak, AK 99567

September 11, 2006

Dear Judge Beistline:

My name is Kathleen Farrell and I am writing to introduce myself as a friend of Mrs. Phyllis Talas. I am currently employed by the U.S. Army Corps of Engineers as a GS-7 Administrative Assistant. I have worked for the Federal government for 22 years in California, Germany, Mississippi and Alaska. I am 49 years old, married with two children ages 19 and 21.

I have known Phyllis since I came to work here in October 2002. We have gotten to be friends, both by working together in the same branch and since we both smoke, we take our breaks together.

Phyllis is a sweet, tender hearted person and would not intentionally harm anyone. She is honest, hard working, and truly cares about her work and her family. She and I have had many conversations about family issues and we tend to "bounce" things off of one another and give each other advice. While I have only met Frank once, after Phyllis and I had volunteered at the District picnic, I know that they have been married over 30 years and love one another. I know that Phyllis has been a good mother to her two children and has "bent over backwards" to help them out when they got in a bind.

Phyllis is very dependent upon her husband which is probably why she finds herself in the trouble that she now faces. She is loyal to a fault, and will stand by her husband in whatever decisions he makes. I do know that Phyllis took her father into her home and tried to care for him while working a full time job, which was extremely stressful and finally became too much for her to handle. It broke her heart to see her father's mental health deteriorating due to Alzheimer's and she made an extremely painful and difficult decision to put him into a facility that was equipped to care for him on a 24-hour basis. She and I have discussed the current situation, where she is not allowed to visit her father, and she is just heartbroken and worried to death about the care he is currently receiving.

The Phyllis I have come to know during the past three years would never hurt anyone, especially anyone in her family. If Phyllis has done anything wrong, which I do not believe for a minute, it was not standing up and stopping what happened. I believe that she has suffered enough already and any further consequences would be detrimental to her mental health, the stress of this has really taken a toll, especially after it made the front page news.

In closing, I would ask that you consider how much Phyllis has already suffered and be lenient in your sentencing. Thank you for your time.

Sincerely,

Kathleen M. Farrell
907-345-1124 (home)

15 September 2006

Judge Beistline,

Hello. My name is Natalie Newman. I am writing this letter on behalf of Phyllis Talas, to speak to her character and give you insight into our relationship over the past 18 years.

Firstly I provide a little information on myself. I am a six year veteran of the United States Air Force. I was assigned to Elmendorf AFB in February of 1982 and upon completion of my enlistment I departed the Air Force and pledged to support my nation as a civil servant. I started civil service in 1985 as a low ranking administrative staff and through hard work and determination advanced to my present position, Chief of Operations, S3, 59th Signal Battalion, Fort Richardson, Alaska.

I met Phyllis in November of 1988 when I accepted a position as a Telephone Mechanic at HHD, 59th Signal Battalion. Phyllis had started as a Directory Assistant at the unit in September 1987. My position as a Telephone Mechanic and my natural inclination to help people afforded me the opportunity to get to know the operators.

Phyllis was a bit shy, lacked overall self confidence and a sense of independence. Phyllis' impaired vision prevented her from having a driver's license. She relied on her husband, Frank and coworkers for transportation. She felt "safe" being the helpful voice behind the phone and grew comfortable and perhaps somewhat complacent at the unit.

I encouraged Phyllis to apply herself and work towards self improvement. She took self paced on line classes in computer science for several years. As Phyllis' became more self confident I encouraged her to apply for advanced positions in the Anchorage area. During the entire time I have known Phyllis she was the "bread winner" of the home. Often Phyllis was the only working member of the family. Advancing to higher paid positions would certainly lesson the burden she felt to provide for her family.

Phyllis and Frank were able to purchase a mobile home along Muldoon Road from a previous member of our unit in October 1991. Home ownership is always rewarding and it showed in Phyllis.

Significant self confidence came after Phyllis' eye surgery improved her vision substantially, allowing her to obtain a driver's license at 40 years of age. Finally, a little independence was at her grasp. She would no longer need her father or husband to take her on every errand or doctor's appointment.

Phyllis and Frank purchased an older home in Eagle River in April of 1997. Phyllis took pride in home ownership. A real home to make their own, Phyllis added the personal touches that make a house a home. Things were good.

Phyllis' mother died in March of 2000. Her world began to fall apart. The house in Eagle River soon entered foreclosure. Phyllis' lost her home in June of 2000 and rented a house in Eagle River.

Phyllis accepted a new position and was promoted in July of 2000. To my knowledge Frank's work history had been spotty, changing jobs often, if working at all. Perhaps this would be the break the family needed to get back on their feet.

Phyllis's Dad, Donald Mitchell, was grieving the loss of his wife. Life seemed unbearable without Beulah. Things weren't right but no one knew that he would later be diagnosed with Alzheimer's disease.

Phyllis was heart broken when her Dad moved to Florida to stay with a family friend in October of 2000. Her Dad came home to Alaska for Thanksgiving but longed to return to Florida which he did. During that return flight he became disoriented at the Tampa Airport and was reported missing by Phyllis when he didn't make it to his final destination.

Donald was found and taken to the family friend. The event was chalked up as grief, just a fluke thing that can happen. Frank and Phyllis continued to look in on her father's Alaskan affairs.

It became apparent in April 2001 that Phyllis' Dad was suffering from Alzheimer's disease. Dad could no longer burden the family friend and he would be accompanied back to Alaska by Scott, Phyllis' son. Phyllis opened her rented home to her father. Phyllis' struggled to manage her father's affairs, pay his bills and take care of his properties. I believe that Frank and Phyllis obtained court appointed guardianship sometime in 2002.

Phyllis and Frank bought a mobile home and land in Peters Creek. Donald moved with them. The family struggled to take care for Phyllis' father. Phyllis reluctantly had to admit that her father needed more care than she and her family could provide. I tired to ease her pain by pointing out that her father could afford the best of care and that having a loved one in a care facility didn't mean you loved them less. I told Phyllis that her father would be better cared for in a facility geared to his needs. She'd be able to visit. And perhaps she and Frank could get back on with their lives.

I can't speak to what transpired financially after Donald's illness became apparent. I had no knowledge of the true hardships endured by the Talas family. What I can speak to is what I believe was Phyllis' mental state during this very trying time in her life.

Phyllis has taken prescribed antidepressants for years to help ease the pain of her continued losses. In my opinion, Phyllis may have known that the financial things being done were wrong, perhaps very wrong, but she certainly wouldn't have had the strength to change the path.

Phyllis had always been dependant on someone, her mother, her father, and finally her husband. She lost her mother, for all in tenses she lost her father when his disease took hold, and apparently she may have felt that she would loose her husband under the financial strain. As I stated, I really don't know the financial circumstances or the exact crimes Frank and Phyllis are accused of committing. I can only offer my insight into the burdens that Phyllis has endured.

It saddens me that Phyllis didn't ask me for guidance during this very painful time in her life. As a friend I feel that I have failed her. As with any friendship there are valleys and hills. As we both moved on to other positions, Phyllis at another unit, perhaps Phyllis didn't feel that she could confide in me. I certainly would have tired to give Phyllis support and guidance to do what is morally correct.

Sincerely,

*Natalie M. Newman*

Natalie M. Newman

Natalie M. Newman
PO Box 671845
Chugiak, Alaska
       99505


Daytime Contact Number: 384-0018
Cellular Number: 350-7523

1

September 18, 2006

TO: JUDGE BEISTLINE

FROM: BETH HARTLEY, Ph.D., Anchorage School District Bilingual Multicultural Education Specialist

RE: THE CASES OF PHYLLIS AND FRANK TALAS – CHARACTER REFERENCE

The Talas' became my neighbors in Eagle River in 1997. Our first contact was a visit over the fence as I was searching for a missing cat. Phyllis sent her son, Scott, out to help me. Our common love for animals was the seed for an ongoing friendship. As of that time, both Phyllis and Frank have been consistently welcoming and friendly and have become a part of my own "extended family".

Frank has always been willing to help... whether to fix an extinguished pilot-light or to give my diabetic cat a shot on a moment's notice. He has been a reliable friend, particularly with cat care. Phyllis is a careful house-keeper and, although she and Frank have collected a lot of "stuff" and have a number of pets, the house is typically clean and orderly.

Phyllis has always been there to listen when I had difficulties and offer her, often sage, advice. She too would share some of her problems with me in return, as friends often do. However, both she and Frank drew the line at their economic situation, which was always, from what I could tell, a sensitive issue for them both; I never pried, and they rarely made comment about it.

The Talas' are the salt-of-the-earth kind of folks who seem to make do with what they have, however the struggle. They are very family oriented and their immediate family has been very close - barring typical family squabbles. They have often supported both their young adult son and daughter and their respective families when they had difficulties with employment or living space, often at their own cost financially and energetically.

When I first got to know them on Mammoth Ct, Phyllis' mother had just passed away. I do remember that Mitch (Don Mitchell) had gone down to live with someone in Florida who was going to take care of him. However, due to the onset of Alzheimer's, he was found wandering and asleep in a vehicle quite some distance from where he was staying. This concerned everyone and they rallied quickly to send Scott down to recover him and bring him back to Alaska since Phyllis wasn't able to travel because she was working two jobs and Frank was recovering from some surgery. They were trying valiantly to maintain their house which was just a little too much for their budget.

2

Finding it in their best interest to vacate the house on Mammoth, they moved to a nice rental on Upper Sunny in Eagle River. Phyllis' father had moved in with them. I would visit often, participating in family celebrations and holidays. Mitch was in day care at the Chugiak Senior Center so that both Phyllis and Frank could work and still take care of him in the off hours. Mitch always seemed affable and friendly and ready to tell a story whenever I visited. His forgetfulness was evident, but it didn't seem to be overwhelming. However, Phyllis would express to me her concerns about Mitch's medications and that he was forgetting to take them. She also mentioned how the stress of his care was beginning to wear on her. There was no question that they cared for Mitch and desired the best for him. Phyllis is the primary emotional caregiver in the family and all of her family depended very much on her. Phyllis, herself, has some physical infirmities that make life uncertain for her at times, so she doesn't always have the energy typically available to a person her age; something she belatedly discovered while caring for Mitch.

About this time, Frank has started up his business Silver Wolf and Cub. I was never made privy to the manner in which he obtained his start-up money, and understood their bettered financial state to be a result of being "paid" to take care of Phyllis' father through his estate. I never asked questions about this or questioned their motives. It was good to see Frank branching out to take on a self-generated job of which he was duly proud. He was very good at handyman duties and I hired him and Scott to do some work for me around my house – all to my satisfaction. My understanding of why the enterprise failed is because they took on jobs that exceeded their expertise and the client complications that arose from this.

I understood that the reason that Mitch was moved from Chugiak to another care center in Anchorage is that the monthly payments were not being made by Phyllis and Frank. Apparently this was the time when the financial problems started to mount. I was aware of their distress, but not the root cause of it. I believe that people make decisions and experience the consequences of these decisions, and this was one of them. They made diligent efforts to bring Mitch up to Eagle River for holidays and barbeques. Paula (their daughter), or Scott or Frank would drive down and pick him up and take him back. I also hosted the Talas' for a Thanksgiving dinner at my house - including Mitch and Phyllis' sister Donna (at Phyllis' request) - along with some friends of mine. Mitch did great and seemed to enjoy himself.

It got to the point, when they would visit Mitch, that he would get disoriented and upset after their visits. According to them, they were told to please not visit, anymore. I did still encourage them to visit... he is their father, after all - and there was a day when, at my urging, they did go to see him. But the stress of the confusing visits and the burden that they were feeling (I think) due to the interventions of the State, made them reluctant to continue the visits. This made me sad for both Mitch and them... but it was a choice they

3

made. It was very draining for them. After the State took this to the level of the Federal Courts, they were not permitted to see him, at all. I wonder if Mitch even understands this.

By this time, they had moved out of the rental and purchased a very modest trailer with land in Chugiak. In many conversations, we talked about moving out of state for one reason or another. They were looking at the southeast, but would not even consider moving until they had secured jobs. During the time in question, Phyllis and Frank made a trip to the Midwest for a family reunion and Frank made a trip to the same location for his Father's funeral. He could not afford to travel for his step-mother's funeral.

Currently, Frank has secured a reliable job with an RV company, which, after a good year of intermittent employment, has really eased the emotional and financial burden on the family. Right now their son and daughter-in-law are living with them along with their newborn daughter. Phyllis is dependent on Frank to get her to work due to eyesight issues.

Both Phyllis and Frank recognize that they made unfortunate choices regarding the use of Mitch's assets – but never did it appear of malicious intent. The choices were self-serving in the effort to make for themselves a better life – a not uncommon emotion for many of us. Crossing the line was the difference.

Phyllis and Frank have my full support during this trying time - Phyllis is on medication for depression due to this stress. I truly wish you could find some way to keep Frank here in town to be of some support to Phyllis. Even the consideration of possible jail time has had detrimental effects on the family's mental and physical health.

I appreciate Franks 'frankness" and willingness to bite the bullet and face the judgment of his error. But their fearfulness of this new unknown is evident in our conversations. I too recognize that consequences must be served in this situation. My plea is that the most considerate means of consequences be meted out - possibly even rigorous community service at Mitch's, or some other designated assisted care facility so that they understand the effects of lost assets on the elderly. I think it is in their nature to provide service.

If I could be at the sentencing on the 27th, I would be there. However, I will be traveling Outside at that time.

Thank you for your consideration of this character reference for Phyllis and Frank Talas.

*Elizabeth A. Worthley, Ph.D.*