MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. ___PHYLLIS TALAS___   CASE NO. _3:06-CR-00011-02-RRB_
Defendant: _X_ Present   _X_ On Bond

BEFORE THE HONORABLE: _____RALPH R. BEISTLINE_____

DEPUTY CLERK/RECORDER: _____CAROLINE EDMISTON_____

UNITED STATES' ATTORNEY: ___KAREN LOEFFLER_____

DEFENDANT'S ATTORNEY: _____DAVID WEBER_____

U.S.P.O.: _____SCOTT KELLEY_____

PROCEEDINGS: IMPOSITION OF SENTENCE HELD 09/27/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:03 a.m. court convened.

_X_ Notice of Appeal form given to defense counsel.

_X_ Court stated findings/reasons pursuant to sentencing guidelines.

_X_ Defendant placed on probation for a period of _5_ years under the usual terms and conditions with special conditions of probation as stated in the judgment.

_X_ Special Assessment $_100.00_, due _Immediately._

_X_ On motion of the U.S. Attorney, remaining counts _1 & 2 of the Indictment are dismissed._

_X_ OTHER: _Court and counsel heard re presentence report, sentence recommendation, and restitution amount. Court directed that the restitution amount be held in abeyance pending the Restitution Hearing set **October 17, 2006 at 8:30 a.m.** Court directed that the imposition court imposed on both defendants be combined since information re defendant's was heard at both hearings. Payment coupon given to defendant. Court advised defendant of appeal rights._

At 10:31 a.m. court adjourned.

DATE: ___September 27, 2006___   DEPUTY CLERK'S INITIALS: _ce/sd_