PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska

**Request for Modification of Conditions or Term of Probation
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Phyllis Talas                     Case Number: A06-011 CR (RRB)

Sentencing Judicial Officer:   Ralph R. Beistline, U.S. District Court Judge

Date of Original Sentence:     September 28, 2006

Original Offense:              Misprision of Felony

Original Sentence:             Five years probation

Date Supervision Commenced: September 28, 2006

### PETITIONING THE COURT

[ ]   To extend the term of probation for _____ years, for a total term of _____ years.
[X]   To modify the conditions of probation as follows:

Defendant will obtain a mental health evaluation and comply with any recommended treatment.

### CAUSE

The defendant has requested this service due to personal issues.

Respectfully submitted,
**REDACTED SIGNATURE**

Travis Lyons
U.S. Probation/Pretrial Services Officer
Date:  October 10, 2006

-1-

*Request for Modification of Conditions or Term*
*Name of Offender       :       Phyllis Talas*
*Case Number            :       A06-011 CR (RRB)*

Approved by:

# REDACTED SIGNATURE

Eric D. Odegard
Supervising U.S. Probation Officer

**THE COURT ORDERS:**

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other:

 **REDACTED SIGNATURE**

Ralph R. Beistline
U.S. District Court Judge

Date: 10/18/06

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF ALASKA

**U.S.A. v Phyllis Talas**                                  **Docket No. A06-011 CR (RRB)**

   I, _Phyllis Talas_, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of probation or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

   I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of probation or to the proposed extension of my term of supervision:

The defendant will obtain a mental health evaluation and will comply with any recommended treatment.

Signed: _Phyllis Y. Talas_                         Date: _10/17/06_
        Phyllis Talas
        Probationer or Supervised R---

REDACTED SIGNATURE                                 Date: _10-17-06_

        ...is Lyons
        U.S. Probation/Pretrial Services Officer