AO 83 (Rev. 12/85) Summons in a Criminal Case

**ORIGINAL**

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

**RECEIVED**
JAN 2 9 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA

V.

PHYLLIS TALAS
21500 MORNING CIRCLE
CHUGIAK, AK 99567

SUMMONS IN A CRIMINAL CASE

Case Number: 3:06-CR-00011-RRB

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 271-5494 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place | Room |
|---|---|
| Federal Building - U.S. Courthouse<br>222 W. 7th Avenue<br>Anchorage, Alaska 99513 | Courtroom 6 |
| Before: Magistrate Judge Roberts | Date and Time<br>2/27/08 @ 3:00 PM |

To answer a(n)
[] Indictment   [] Information   [] Complaint   [] Violation Notice   [X] Probation Violation Petition

Charging you with a violation of:

Violations of Conditions of Supervised Release

Brief description of offense: Failure to submit reports and failure to pay restitution.

Ida Romack, Clerk of Court
Signature of Issuing Officer

**Redacted Signature**
                         eputy Clerk
Name and Title of Issuing Officer

January 18, 2008 at Anchorage, AK
Date and Location

---

**NOTICE:** If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 601 W. 5th Avenue, Suite 800, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]                    Date

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: _____
     21500 MORNING CIRCLE

☒ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____
     FRANK R. TALAS, JR.

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 1-25-2008         RANDY Johnson
             Date                Name of United States Marshal

                                 _____
                                 (by) Deputy United States Marshal

Remarks:

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.