```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. PHYLLIS TALAS            CASE NO. 3:06-cr-00011-02-RRB
Defendant:  X Present  X On Summons

BEFORE THE HONORABLE:         JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:        APRIL KARPER

UNITED STATES' ATTORNEY:      AUDREY RENSCHEN FOR KAREN LOEFFLER

DEFENDANT'S ATTORNEY:         JOHN PHARR - APPOINTED

U.S.P.O.:                     ERIC ODEGARD

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE PROBATION
             (DKT 74) (INITIAL APPEARANCE ON PETITION TO REVOKE
             SUPERVISED RELEASE (DKT 74)) HELD FEBRUARY 27, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:13 p.m. court convened.

 X Copy of Petition to Revoke Probation given to defendant.

 X Defendant sworn.

 X Defendant stated true name: Phyllis Yvonne Talas

 X Defendant advised of general rights.

 X Financial Affidavit **FILED.**
  X Federal Public Defender to appoint CJA counsel; FPD notified.

 X Defendant **DENIED** allegations 1-5 of the Petition to Revoke
   Probation.

 X Matter to be referred to U.S. District Judge for:
   X Evidentiary Hearing; U.S. Probation Officer unavailable the
     week of **March 10, 2008**; Defense counsel unavailable the week
     of **March 24, 2008.**

 X Order Setting Conditions of Release **FILED.**

 X OTHER: Court and counsel heard re plaintiff's oral motion to
 release the defendant with conditions; **GRANTED.**

At 3:28 p.m. court adjourned.


DATE:      February 27, 2008     DEPUTY CLERK'S INITIALS:   AMK


Revised 6-18-07