Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PHYLLIS Y. TALAS, ) | |
| ) | |
| Defendant. ) | |
| _____) | Case No. 3:06-cr-0011-02-RRB |

**ENTRY OF APPEARANCE**

COMES NOW JOHN C. PHARR and hereby enters his appearance of record for defendant PHYLLIS Y. TALAS.

All further notices, filings, and other documents required to be served upon or otherwise furnished to defendant in this matter shall be delivered to the undersigned at:

        LAW OFFICES OF JOHN C. PHARR
        733 W. 4th Avenue, Suite 308
        Anchorage, Alaska  99501

        Telephone:  907/272-2525
        Facsimile:  907/277-9859
        E-mail:     jpharr@gci.net

DATED at Anchorage, Alaska, this 28th day of February 2008.

*ENTRY OF APPEARANCE*
*United States of America v. Phyllis Y. Talas*
*Case No. 3:06-cr-0011-02-RRB*                                          *Page 1 of 2*

LAW OFFICES OF JOHN C. PHARR
Attorneys for Defendant,
Phyllis Y. Talas


By: _/s/ John C. Pharr_____

733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
February 28, 2008, a copy
of the foregoing was served
electronically:

U.S. Attorney's Office

s/John C. Pharr

*ENTRY OF APPEARANCE*
*United States of America v. Phyllis Y. Talas*
*Case No. 3:06-cr-0011-02-RRB*                                            *Page 2 of 2*