Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PHYLLIS Y. TALAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | Case No. 3:06-cr-0011-02-RRB |

**MOTION TO CONTINUE EVIDENTIARY HEARING**

COMES NOW defendant Phyllis Y. Talas by and through her attorney of record John C. Pharr of the LAW OFFICE OF JOHN C. PHARR, and hereby moves this court to continue the evidentiary hearing on the Petition to Modify Supervised Release that is currently scheduled for Tuesday, March 25, at 9:30 a.m.

This motion is supported by the attached affidavit of counsel.

DATED this 17th day of March 2008.

                                LAW OFFICES OF JOHN C. PHARR
                                Attorneys for Defendant,
                                Phyllis Y. Talas


                                By: _/s/ John C. Pharr_____

733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 17, 2008, a copy of the foregoing was served electronically:

U.S. Attorney's Office

s/John C. Pharr