Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PHYLLIS Y. TALAS, ) | |
| ) | |
| Defendant. ) | |
| _____) | Case No. 3:06-cr-0011-02-RRB |

**ORDER ON MOTION TO CONTINUE EVIDENTIARY HEARING**

The court having considered defendant Phyllis Talas' motion to continue the evidentiary hearing, and the court being fully advised in the premises,

It is hereby ORDERED, ADJUDGED and DECREED that defendant's motion is GRANTED. The evidentiary hearing on the Petition to Modify Supervised Release, currently set for Tuesday, March 25, 2008, at 9:30 a.m., has been rescheduled to the _____ day of _____ 2008, at the hour of _____ o'clock __.m., in Courtroom No. ___ before the Hon. Judge _____.

DATED at Anchorage, Alaska, this ___ day of _____ 2008.

_____
Hon. John D. Roberts
U.S. Magistrate Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
March 17, 2008, a copy
of the foregoing was served
electronically:

U.S. Attorney's Office

s/John C. Pharr