Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>              Plaintiff,              )<br>                                      )<br>    v.                                )<br>                                      )<br>PHYLLIS Y. TALAS,                    )<br>                                      )<br>              Defendant.              )<br>_____) | Case No. 3:06-cr-0011-02-RRB |

**AFFIDAVIT OF JOHN C. PHARR**

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

   I, John Pharr, depose and state as follows.

   1.   I am attorney of record for defendant Phyllis Y. Talas.

   2.   An evidentiary hearing on the Petition to Modify Supervised Release is currently set for next week, on Tuesday, March 25, 2008, at 9:30 a.m.

   3.   I am in a one-week trial that is calendared for 8:30 a.m. to 1:30 p.m. on the same day, in Case No. 3AN-07-5540 CI, Young Lai Cho v. Sushi Spot, Inc. et al. I also have a two-day hearing that starts that same afternoon from 2:30 to 4:30 p.m.

LAW OFFICES OF
JOHN C. PHARR
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph  (907) 272-2525
Fax (907) 277-9859

*AFFIDAVIT OF JOHN C. PHARR*
*United States of America v. Phyllis Y. Talas*
*Case No. 3:06-cr-00011-02-RRB*                                          Page 1 of 2

in Case No. 3AN-07-11270 CI, <u>Loretta C. Hodge v. Troy E. Hodge</u>.

    4.   I am therefore requesting that the evidentiary hearing be continued until after March 31, 2008.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this 17th day of March 2008.

                  LAW OFFICES OF JOHN C. PHARR
                  Attorneys for Defendant,
                  Phyllis Y. Talas

                  By: _____

                  733 W. 4th Ave, Suite 308
                  Anchorage, Alaska 99501
                  Phone: 907/272-2525
                  Fax: 907/277-9859
                  E-mail: <u>jpharr@gci.net</u>
                  AK # 8211140

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
March 17, 2008, a copy
of the foregoing was served
electronically:

U.S. Attorney's Office

By: _____
     John C. Pharr

LAW OFFICES OF
JOHN C. PHARR
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 272-2525
Fax (907) 277-9859

*AFFIDAVIT OF JOHN C. PHARR*
*United States of America v. Phyllis Y. Talas*
*Case No. 3:06-cr-00011-02-RRB*                  *Page 2 of 2*