IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-CR-00011-02-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | PROPOSED |
| | ) | WRIT OF GARNISHMENT |
| PHYLLIS TALAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO:  Municipality of Anchorage
     Real Estate Services
     Attention: Department of Law
     632 West 6th Avenue, Suite 730
     Anchorage, AK 99519

     On October 17, 2006, the judgment captioned above was
entered in the United States District Court, District of Alaska.
Said judgment was awarded in favor of the United States of
America as j_____ditor a_____gment debtor Phyllis
Talas, SSN: ██████, DOB: ██████ c/o John C. Pharr,
Attorney, 73_____venue, _____horage, AK 99501.
The judgment was for:

$185,000.00        restitution

$100.00            special assessments

$185,100.00        JUDGMENT AS ENTERED.

     According to plaintiff's application for this writ, it
appears that further sums have accrued since the entry of
judgment, to-wit:

$110.00            accrued costs

CREDIT must be given for payments and partial satisfactions
in the amount of:

$1,850.00        which have been credited to the judgment debt,
                 leaving a net balance of:

$183,360.00      ACTUALLY DUE on March 31, 2008, the date of the
                 request for issuance of this writ, of which

$183,250.00      is due on the judgment as entered and bears no
                 interest.

Defendant's current unpaid balance is $183,250.00 in

restitution and $110.00 in costs, for a total amount of

$183,360.00 which is due and owing as of March 31, 2008.

YOU ARE HEREBY REQUIRED by law to answer in writing, under

oath, within ten (10) days, whether or not you have in your

custody, control, or possession, any property owned by the

debtor, including non-exempt, disposable earnings.

Please state whether or not you anticipate paying the debtor

any future payments and whether such payments are weekly, bi-

weekly or monthly.

Within ten (10) days of your receipt of this writ, you must

file your written Answer to the writ electronically or by mailing

or delivering it to:

    Clerk of Court
    United States District Court
    Room 261, Federal Bldg. & U.S. Courthouse
    222 W. 7th Avenue # 4
    Anchorage, Alaska 99513-7564.

You are also required by law to serve a copy of your Answer to

U.S. v. Talas
3:06-CR-00011-02-RRB              2

this writ upon the debtor by sending it to Phyllis Talas c/o John

C. Pharr, Attorney, 733 West 4th Avenue, Suite 308, Anchorage, AK

99501.  Finally, you must also serve a copy of your Answer upon

the United States Attorney, Financial Litigation Unit, 222 West

7th  Avenue # 9, Room 253, Anchorage, Alaska 99513-7567.

Under the law, certain types of property are fully or

partially exempt from this Writ of Garnishment.  Property which

is exempt and which is not subject to this writ is listed in the

Notice and Instructions to Claim of Exemptions form which you

will receive with this writ.

Pursuant to 15 U.S.C. § 1674, you, the Garnishee, are

prohibited from discharging the defendant from employment based

on the fact that his earnings have been subject to garnishment

for any one indebtedness.

If you fail to answer this writ or if you fail to withhold

property in accordance with this writ, the United States of

America may apply for an order requiring you to appear before the

Court.  If you fail to appear, or if you do appear but cannot

show good cause why you failed to comply with this writ, the

Court may enter a judgment against you for the value of the

debtor's non-exempt property.  It is unlawful to pay or deliver

---

U.S. v. Talas
3:06-CR-00011-02-RRB                   3

to the defendant any item attached by this writ.

DATED this _____ day of <u>April</u>, 2008, at  Anchorage,

Alaska.


                              IDA ROMACK
                              CLERK OF COURT




                              _____
                              By: Deputy Clerk