IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-CR-00011-02-RRB |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| PHYLLIS TALAS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CLERK'S NOTICE AND INSTRUCTIONS TO DEBTOR
OF POST-JUDGMENT GARNISHMENT**

To:  Phyllis Talas
     c/o John C, Pharr, Attorney
     733 West 4th Avenue, Suite 308
     Anchorage, AK 99501

You are hereby notified that the United States of America seeks to attach property to enforce a judgment which was obtained against Phyllis Talas in Case No. 3:06-CR-00011-02-RRB in the above court. The judgment is for the amount of $185,100.00.  The defendant owes a total unpaid debt of $183,360.00 as of March 31, 2008.

In addition, you are hereby notified that there are exemptions under the law which may protect certain property from being taken by the United States if you, the debtor, can show that the exemptions apply.  Attached to this Clerk's Notice is a Notice and Instructions to Debtor to Claim of Exemptions.  Also attached is a copy of a Claim of Exemptions and Request for Hearing form.  This form contains a summary of the major exemptions which apply in most situations in the State of Alaska.

If you are Phyllis Talas, you have a right to ask the court to return your property to you if you think you do not owe the money that the United States claims you owe, or if you think the property qualifies for one of the above exemptions.

If you want a hearing, you must notify the court within twenty (20) days after receipt of the notice.  Your request must be in writing.

You should use the attached <u>Claim of Exemptions and Request for Hearing</u> forms to request a hearing.  You must either mail or hand-deliver an original and one copy of the form to the following address:

    Clerk of Court
    United States District Court
    District of Alaska
    Room 261, Federal Bldg. & U.S. Courthouse
    222 W. 7th Avenue # 4
    Anchorage, Alaska 99513-7564.

You must also let the United States know that you want a hearing by sending a copy of the form to counsel for the United States at the following address:

    United States Attorney
    Attn:  Financial Litigation Unit
    222 West 7th Avenue # 9, Room 253
    Anchorage, Alaska 99513-7567.

The hearing will take place within five (5) days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the judge why you think you do not owe the money to the United States.  If you do not request a hearing within twenty (20) days of receiving this notice, your property may be sold at public auction, and the proceeds of the sale will be applied to the debt you owe the United States.

If you live outside the District of Alaska, no later than twenty (20) days after you receive this notice, you may request the court to transfer these proceedings to the federal judicial district in which you reside.  You must make your request in writing, and you must either mail or deliver it in person to the Clerk of Court at the address provided above.  You must also let

U.S. v. Talas
Case No. 3:06-cr-00011-02-RRB   2

the United States know you want the proceeding transferred by sending a copy of your request to the United States Attorney at the address provided above.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the Clerk of the Court.  The Clerk's Office is not permitted to give legal advice.

DATED this _____ day of April, 2008, at  Anchorage, Alaska.

            IDA ROMACK
            CLERK OF COURT


         By: _____
            Deputy Clerk

Attachments to debtor:
 Notice and Instructions to Claim of Exemptions
 Claim of Exemptions and Request for Hearing

**NOTICE AND INSTRUCTIONS TO DEFENDANT DEBTOR
TO CLAIM EXEMPTIONS**

The attached post-judgment process has been issued on request of the United States of America.

The law provides that certain property and wages cannot be taken. Such property is said to be exempted. The attached <u>Claim of Exemptions and Request for Hearing</u> form lists the exemptions under federal law. There is no exemption solely because you are having difficulty paying your debts.

If you claim an exemption, you should: (1) select any federal exemptions which you believe apply to the property at issue; (2) fill out the attached <u>Claim of Exemptions and Request for Hearing</u> forms; and (3) deliver or mail the forms to the Clerk of the U.S. District Court, District of Alaska and to the United States Attorney. You have a right to a hearing within five (5) business days, or as soon as thereafter as practicable, from the date you file your claim with the court.

If the United States of America as creditor is asking that your wages be withheld, the method for computing the amount of wages which are exempt from garnishment by law is indicated on the Claim of Exemptions Form which is attached. You do not need to file a claim for exemption to receive this exemption, but if you believe the wrong amount is being withheld, you may file a claim for exemption.

If you request a hearing, you should come to court ready to explain why your property is exempted, and you should bring any documents which may help you prove your case. If you do not come to court at the designated time, and if you cannot prove that your property is exempt, you may lose some of your rights.

It may be helpful to you to seek the advice of an attorney in this matter.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  3:06-CR-00011-02-RRB |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) CLAIM OF EXEMPTIONS AND REQUEST |
| PHYLLIS TALAS, | ) FOR HEARING |
| | ) |
| Defendant. | ) |
| | ) |

    **I REQUEST A HEARING** because:

\_\_\_\_\_    I do not owe the amount of money to the United States which it says I do.

\_\_\_\_\_    The property that the United States is taking is exempt.

    **I CLAIM AN EXEMPTION** against attachment of property.

(From the list of exemptions on Pages 4&5, you should locate the property exemption you claim and write the number of the exemption in the blank provided below.  Or you may describe the property in the space provided on Page 2 of this form.)

**I claim Exemption No. _____ from Page _____ of the**

**attached list of exemptions.**

**Description of property:**

which has an estimated market value of:

$_____.

    I HEREBY CERTIFY AND DECLARE that the statements made in this claim of entitlement to exemptions and the fair market value of the property designated are made and declared under penalty of perjury that they are true and correct.

    **I HEREBY REQUEST A COURT HEARING** to decide the validity of my objections to this attachment and/or my claims for exemption. Notice of the hearing should be provided to me at:

Address: _____.

Telephone: _____.

_____    _____
Date                Signature

                                                _____
                                                Printed or Typed Name

U.S. v. Talas
Case No. 3:06-cr-00011-2-RRB    2

Distribution:

Original + one copy of this form to be mailed or delivered to:

    Clerk of Court
    United States District Court
    District of Alaska
    Room 261, Federal Bldg. & U.S. Courthouse
    222 W. 7th Avenue # 4
    Anchorage, AK 99513-7564

One copy of this form to be mailed or delivered to:

    United States Attorney
    Attn:  Financial Litigation Unit
    222 West 7th Avenue, #9, Room 253
    Anchorage, Alaska 99513-7567.

U.S. v. Talas
Case No. 3:06-cr-00011-2-RRB    3

**MAJOR EXEMPTIONS UNDER FEDERAL LAW (18 U.S.C. § 3613)**

I claim that the exemption(s) from garnishment which are checked below apply in this case:

_____ 1. Wearing apparel and school books. Such items of wearing apparel and such school books as are necessary for the debtor or for members of his family.

_____ 2. Fuel, provisions, furniture, and personal effects. So much of the fuel, provisions, furniture, and personal effects in the debtor's household, and of the arms for personal use, livestock, and poultry of the debtor as does not exceed $6,250.00 in value.

_____ 3. Books and tools of a trade, business, or profession. So many of the books, and tools necessary for the trade, business, or profession of the debtor as do not exceed in the aggregate $3,125.00 in value.

_____ 4. Unemployment benefits. Any amount payable to an individual with respect to his unemployment (including any portion thereof payable with respect to dependents) under an unemployment compensation law of the United States, of any State, or of the District of Columbia or the Commonwealth of Puerto Rico.

_____ 5. Undelivered mail. Mail, addressed to any person, which has not been delivered to the addressee.

_____ 6. Certain annuity and pension payments. Annuity or pension payments under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor roll (38 U.S.C. § 1562), and annuities based on retired or retainer pay under Chapter 73 of Title 10 of United States Code (military retirement annuities).

_____ 7. Workmen's Compensation. Any amount payable with respect to compensation (including any portion thereof payable with respect to dependents) under a workmen's compensation law of the United States, any State, the District of Columbia, or the Commonwealth of Puerto Rico.

U.S. v. Talas
Case No. 3:06-cr-00011-2-RRB    4

_____ 8.   Judgments for support of minor children.  If the debtor is required by judgment of a court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of his minor children, so much of his salary, wages, or other income as is necessary to comply with such judgment.

_____ 9.   Certain service-connected disability payments.  Any amount payable to an individual as a service-connected (within the meaning of section 101(16) of Title 38, United States Code) disability benefit under (A) sub-chapter II, III, IV, V, or VI of Chapter 11 of such Title 38 or (B) Chapter 13, 21, 23, 31, 32, 34, 35, 37, or 39 of such Title 38.

_____ 10.  Assistance under Job Training Partnership Act.  Any amount payable to a participant under the Job Training Partnership Act (29 U.S.C. 1501 et. seq.) from funds appropriated pursuant to such Act.

_____ 11.  25% of a debtor's disposable weekly earnings, or the amount by which a debtor's disposable weekly earnings exceed thirty times the Federal minimum hourly wage prescribed by section 206(a)(1) of Title 29 of the United States Code in effect at the time the earnings are payable.