```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs. __PHYLLIS TALAS__ CASE NO. __3:06-CR-00011-02-RRB__
Defendant: _X_ Present _X_ On Bond

BEFORE THE HONORABLE:            RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:           CAROLINE EDMISTON

UNITED STATES' ATTORNEY:         KAREN LOEFFLER

DEFENDANT'S ATTORNEY:            LANCE WELLS

U.S.P.O.:                        ERIC ODEGARD

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE (DKT 74) HELD 04/04/2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:09 a.m. court convened.

Court and counsel heard re parties stipulation re Petition to Revoke Supervised Release (DKT 74).

Court and counsel heard re plaintiff's oral motion to hold the Petition to Revoke Supervised Release (DKT 74) in abeyance for 90 days; **GRANTED.**

Court and counsel heard re garnishments against the defendant.

Defendant's conditions of release remain as previously set.

At 9:14 a.m. court adjourned.

DATE:      April 4, 2008      DEPUTY CLERK'S INITIALS:    CME

Revised 6-18-07