| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | |

**RECEIVED APR 0 8 2008 CLERK, U.S. DISTRICT COURT ANCHORAGE, AK**

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 3:06-CR-00011-RRB |
| DEFENDANT | TYPE OF PROCESS |
| FRANK R. TALAS, JR. and PHYLLIS TALAS | Writs of Garnishment |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN Municipality of Anchorage, (Real Estate Services,) Attention: Dept. of Law |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) 632 West 6th Avenue, Suite 730, Anchorage, AK 99501 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | 2 |
|---|---|---|
| Richard L. Pomeroy, Assistant U. S. Attorney Financial Litigation Unit 222 West 7th Avenue, Rm. 253 Anchorage, AK 99513 | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):* Serve the attached Garnishment packages on the Municipality of Anchorage, Dept. Of Law at the above address. (Documents attached: Writ, Application, Clerk's Notice, Plaintiff's Instruction to Garnishee, Garnishee's Answer form)

| Signature of Attorney other Originator requesting service on behalf of: [signature] for Richard Pomeroy | X ☐ PLAINTIFF ?? ☐ DEFENDANT | TELEPHONE NUMBER 907-271-5071 | DATE 4/3/08 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 1 | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk [signature] | Date 4/3/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* Dean Gates | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service 4/4/08 | Time 10:55 am |
| | Signature of U.S. Marshal or Deputy [signature] |

| Service Fee [signature] | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges 45 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS: *Returned*

| PRINT 5 COPIES: | 1. CLERK OF THE COURT 2. USMS RECORD 3. NOTICE OF SERVICE 4. BILLNG STATEMENT*. To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal. 5. ACKNOWLEDGMENT OF RECEIPT | PRIOR EDITIONS MAY BE USED Form USM-285 Rev. 12/15/80 Automated 07/06 |
|---|---|---|

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:06-CR-00011-01-RRB |
| Plaintiff, | ) |
| vs. | ) ~~PROPOSED~~ |
| | ) <u>WRIT OF GARNISHMENT</u> |
| FRANK R. TALAS, JR. | ) |
| Defendant. | ) |

TO:  Municipality of Anchorage
     Real Estate Services
     Attention: Department of Law
     632 West 6th Avenue, Suite 730
     Anchorage, AK 99519

On October 17, 2006, the judgment captioned above was entered in the United States District Court, District of Alaska. Said judgment was awarded in favor of the United States of America as judgment creditor and against judgment debtor Frank R. Talas, Jr., : Redacted SSN  , DOB: Redacted DOB  3, c/o Michael Dieni, Assistant Defender, Office of the Federal Defender, 601 West 5th Avenue, Suite 800, Anchorage, AK 99501.  The judgment was for:

$185,000.00        restitution

$100.00            special assessments

$185,100.00        JUDGMENT AS ENTERED.

According to plaintiff's application for this writ, it appears that further sums have accrued since the entry of judgment, to-wit:

$65.00                    accrued costs

    CREDIT must be given for payments and partial satisfactions in the amount of:

$1,850.00     which have been credited to the judgment debt, leaving a net balance of:

$183,315.00   ACTUALLY DUE on March 31, 2008, the date of the request for issuance of this writ, of which

$183,250.00   is due on the judgment as entered and bears no interest.

    Defendant's current unpaid balance is $183,250.00 in restitution and $65.00 in costs, for a total amount of $183,315.00 which is due and owing as of March 31, 2008.

    YOU ARE HEREBY REQUIRED by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control, or possession, any property owned by the debtor, including non-exempt, disposable earnings.

    Please state whether or not you anticipate paying the debtor any future payments and whether such payments are weekly, bi-weekly or monthly.

    <u>Within ten (10) days</u> of your receipt of this writ, you must file your written Answer to the writ electronically or by mailing or delivering it to:

    Clerk of Court
    United States District Court
    Room 261, Federal Bldg. & U.S. Courthouse
    222 W. 7th Avenue # 4
    Anchorage, Alaska 99513-7564.

U.S. v. Talas
3:06-CR-00011-01-RRB                    2

You are also required by law to serve a <u>copy</u> of your Answer to this writ upon the debtor by sending it to Frank R. Talas, Jr., c/o Michael Dieni, Assistant Defender, Office of the Federal Defender, 601 West 5th Avenue, Suite 800, Anchorage, AK 99501. Finally, you must also serve a <u>copy</u> of your Answer upon the United States Attorney, Financial Litigation Unit, 222 West 7th Avenue # 9, Room 253, Anchorage, Alaska 99513-7567.

Under the law, certain types of property are fully or partially exempt from this Writ of Garnishment.  Property which is exempt and which is not subject to this writ is listed in the Notice and Instructions to Claim of Exemptions form which you will receive with this writ.

Pursuant to 15 U.S.C. § 1674, you, the Garnishee, are prohibited from discharging the defendant from employment based on the fact that his earnings have been subject to garnishment for any one indebtedness.

If you fail to answer this writ or if you fail to withhold property in accordance with this writ, the United States of America may apply for an order requiring you to appear before the Court.  If you fail to appear, or if you do appear but cannot show good cause why you failed to comply with this writ, the Court may enter a judgment against you for the value of the debtor's non-exempt property.  <u>It is unlawful to pay or deliver</u>

to the defendant any item attached by this writ.

    DATED this **3rd** day of <u>April</u>, 2008, at Anchorage, Alaska.

                              IDA ROMACK
                              CLERK OF COURT

                              Redacted Signature
                            By: Deputy Clerk

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-CR-00011-02-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ~~PROPOSED~~ |
| | ) | WRIT OF GARNISHMENT |
| PHYLLIS TALAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO: Municipality of Anchorage
    Real Estate Services
    Attention: Department of Law
    632 West 6th Avenue, Suite 730
    Anchorage, AK 99519

On October 17, 2006, the judgment captioned above was entered in the United States District Court, District of Alaska. Said judgment was awarded in favor of the United States of America as judgment creditor and against judgment debtor Phyllis Talas, Redacted SSN   DOB   Redacted DOB, c/o John C. Pharr, Attorney, 733 West 4th Avenue, Suite 308, Anchorage, AK 99501. The judgment was for:

$185,000.00          restitution

$100.00              special assessments

$185,100.00          JUDGMENT AS ENTERED.

According to plaintiff's application for this writ, it appears that further sums have accrued since the entry of judgment, to-wit:

$110.00              accrued costs

CREDIT must be given for payments and partial satisfactions in the amount of:

$1,850.00      which have been credited to the judgment debt, leaving a net balance of:

$183,360.00    ACTUALLY DUE on March 31, 2008, the date of the request for issuance of this writ, of which

$183,250.00    is due on the judgment as entered and bears no interest.

Defendant's current unpaid balance is $183,250.00 in restitution and $110.00 in costs, for a total amount of $183,360.00 which is due and owing as of March 31, 2008.

YOU ARE HEREBY REQUIRED by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control, or possession, any property owned by the debtor, including non-exempt, disposable earnings.

Please state whether or not you anticipate paying the debtor any future payments and whether such payments are weekly, bi-weekly or monthly.

<u>Within ten (10) days</u> of your receipt of this writ, you must file your written Answer to the writ electronically or by mailing or delivering it to:

    Clerk of Court
    United States District Court
    Room 261, Federal Bldg. & U.S. Courthouse
    222 W. 7th Avenue # 4
    Anchorage, Alaska 99513-7564.

You are also required by law to serve a <u>copy</u> of your Answer to

this writ upon the debtor by sending it to Phyllis Talas c/o John C. Pharr, Attorney, 733 West 4th Avenue, Suite 308, Anchorage, AK 99501. Finally, you must also serve a <u>copy</u> of your Answer upon the United States Attorney, Financial Litigation Unit, 222 West 7th Avenue # 9, Room 253, Anchorage, Alaska 99513-7567.

Under the law, certain types of property are fully or partially exempt from this Writ of Garnishment. Property which is exempt and which is not subject to this writ is listed in the Notice and Instructions to Claim of Exemptions form which you will receive with this writ.

Pursuant to 15 U.S.C. § 1674, you, the Garnishee, are prohibited from discharging the defendant from employment based on the fact that his earnings have been subject to garnishment for any one indebtedness.

If you fail to answer this writ or if you fail to withhold property in accordance with this writ, the United States of America may apply for an order requiring you to appear before the Court. If you fail to appear, or if you do appear but cannot show good cause why you failed to comply with this writ, the Court may enter a judgment against you for the value of the debtor's non-exempt property. <u>It is unlawful to pay or deliver</u>

U.S. v. Talas
3:06-CR-00011-02-RRB                     3

<u>to the defendant any item attached by this writ.</u>

DATED this **3rd** day of <u>April</u>, 2008, at Anchorage, Alaska.

                                  IDA ROMACK
                                  CLERK OF COURT

                                  Redacted Signature
                              By: Deputy Clerk

U.S. v. Talas
3:06-CR-00011-02-RRB                 4