NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK  99513-7567
Phone:  (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  3:06-cr-00011-2-RRB |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CERTIFICATE OF SERVICE |
| ) | |
| PHYLLIS TALAS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff the United States of America, certifies that on April 7, 2008, it served the defendant, through her attorney, John C. Pharr, with copies of the Writ of Garnishment, Plaintiff's Application for Writ of Garnishment, Clerk's Notice and Instructions to Debtor, Notice and Instructions to Claim Exemptions, Claim of Exemptions and Request for Hearing form, and Plaintiff's Notice to Debtor, as evidenced by the attached Domestic Return Receipt.

DATED this 2nd day of May 2008.

>s/Richard L. Pomeroy
>RICHARD L. POMEROY
>Assistant U.S. Attorney
>222 West 7th Avenue #9, Room 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-2344
>E-mail: richard.pomeroy@usdoj.gov
>Alaska Bar No. 8906031

U.S. v. Talas
UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

U.S. Attorney's Office
222 West 7th Avenue
#9 Suite 253
Anchorage, Ak. 99513-7567

Att: FLu/bcb

2008 APR -8 AM 10:05
US ATTORNEY'S OFFICE

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John C. Pharr
Attorney at Law
733 West 4th Ave
Suite 808
Anchorage, AK
99501

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
                                     4/7/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7003 0500 0004 1672 4584

PS Form 3811, August 2001   Domestic Return Receipt   102595-01-M-2509